IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MANUEL LARA,** | CASE NO.: 2:07-CV-02523 MCE JFM |
| Plaintiff, | **ORDER** |
| v. | |
| **DR. V. DUC, et al.,** | |
| Defendants. | |

Good cause having been shown, Defendants are granted an additional twenty-one days, to and including July 28, 2008, to file their initial responsive pleading in this matter.

IT IS SO ORDERED.

Dated: July 21, 2008.

UNITED STATES MAGISTRATE JUDGE

Order

1