IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL LARA,

      Plaintiff,               No. 2:07-cv-2523 MCE JFM (PC)

  vs.

V. DUC, et al.,

      Defendants.          <u>ORDER</u>

                                /

         Plaintiff is a state prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. The court finds that appointment of counsel for plaintiff is warranted. Therefore, the court intends to appoint counsel. Stuart Shanus has been selected by random draw from the court's attorney panel.

         Accordingly, IT IS HEREBY ORDERED that:

         1. Stuart Shanus shall notify Sujean Younger, ADR and Pro Bono Program Director, at 916-930-4278, if he is unable to accept appointment in this matter, or if he has any questions related to the appointment.

         2. The Clerk of the Court is directed to serve a copy of this order upon Stuart Shanus, Reed Smith, LLP, 1901 Avenue of the Stars #700, Los Angeles, CA 90064.

DATED: June 25, 2009.

                                              UNITED STATES MAGISTRATE JUDGE

/y; lara2523.31b