IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL LARA,

    Plaintiff,                     No. 2:07-cv-2523 MCE JFM (PC)

    vs.

DR. V. DUC, et al.,                <u>ORDER AND REVISED</u>

    Defendants.              <u>SCHEDULING ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding through counsel with a civil rights action pursuant to 42 U.S.C. § 1983.  On July 9, 2009, prior to counsel appearing on behalf of plaintiff, plaintiff filed a pro se motion to reschedule deposition via video conference.  Because plaintiff is now represented by counsel, plaintiff's motion will be denied without prejudice.

        On July 21, 2009, counsel for plaintiff filed a request to modify the court's scheduling order, accompanied by a stipulation signed by counsel for plaintiff and defendants.  Good cause appearing, the request will be granted.

        IT IS HEREBY ORDERED that

        1. Plaintiff's pro se motion to reschedule deposition is denied without prejudice. (Docket No. 34.)

        2. Plaintiff's July 21, 2009 request is granted.  (Docket No. 36.)

1

3. The discovery deadline is continued to October 27, 2009.

4. The deadline for filing pretrial motions is continued to December 21, 2009.

DATED: July 27, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/001; lara2523.dep