IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL LARA,

        Plaintiff,                    No. 2:07-cv-2523 MCE KJN P

    vs.

V. DUC, et al.,

        Defendants.            ORDER

_____/

        Plaintiff is a state prisoner proceeding with appointed counsel who seeks relief pursuant to 42 U.S.C. § 1983. On February 26, 2010, plaintiff's counsel filed a motion to withdraw as attorney and a request to appear telephonically at a hearing scheduled for April 1, 2010.

        The request to appear telephonically is granted. However, it is not clear from the motion if plaintiff is in agreement with the decision for counsel to withdraw and if plaintiff in pro se will be substituted as counsel. If plaintiff agrees to the motion to withdraw, counsel should endeavor to file a substitution of counsel signed by plaintiff. If plaintiff is opposing the motion, counsel should be prepared to consider other means, such as an in camera declaration, to discuss in somewhat more detail the breakdown in the attorney client relationship.

1   Accordingly, IT IS HEREBY ORDERED that plaintiff's counsel's request to
2   appear telephonically is granted.
3   DATE: March 19, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

lara.2523.ord